Brandon J. Schwartz (SBN 361655)
Schwartz APC
1104 Corporate Way, Ste. 244
Sacramento, CA 95831
Telephone: (916) 571-3205
Fax: (279) 348-8203
Email: brandon.schwartz@schwartzapc.com

Attorney for Defendant
**Paul Schwartz**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

PAUL SCHWARTZ,

              Defendant.

Case No. 2:17-CR-0111 TLN

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

Date: July 2, 2026
Time: 9:30 a.m.
Judge: Hon. Troy L. Nunley

1
ORDER

After reviewing the Defendant's motion to seal mental health documents and correspondence from his mental health provider, the motion is granted.

IT IS SO ORDERED.

Dated: 5/27/2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER